IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAIRN ENERGY PLC and<br>CAIRN UK HOLDINGS LIMITED,<br><br>　　　　　　Petitioners,<br><br>　v.<br><br>THE REPUBLIC OF INDIA,<br><br>　　　　　　Respondent. | Case No. _____ |

**DECLARATION OF MARK MCNEILL IN SUPPORT OF
PETITION TO CONFIRM FOREIGN ARBITRATION AWARD**

　　　　Pursuant to 28 U.S.C. § 1746, I, Mark McNeill, hereby declare under penalty of perjury as follows:

　　　　1.　　I am a partner with the law firm Quinn Emanuel Urquhart & Sullivan LLP, a member in good standing of the New York Bar, and counsel for Petitioners Cairn Energy PLC and Cairn UK Holdings Limited ("Petitioners" or "Cairn") in the above-referenced action. I respectfully submit this Declaration in support of Cairn's Petition against Respondent Republic of India ("Respondent" or "India") for confirmation of the arbitral award dated December 21, 2020 (the "Award") in order to certify the attached documents as true, correct and complete copies of the referenced documents.

　　　　2.　　Attached as Exhibit A is the Award against Respondent issued on December 21, 2020, which I hereby certify to be a true, correct and complete copy of the Award.

　　　　3.　　Attached as Exhibit B is the Agreement between the Government of the United Kingdom of Great Britain and Northern Ireland and the Government of the Republic of India for

the Promotion and Protection of Investments (the "UK-India BIT"), which I hereby certify to be a true, correct and complete copy of the UK-India BIT. The UK-India BIT is available at https://dea.gov.in/sites/default/files/United%20Kingdom.pdf.

I declare and certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2021, in London, United Kingdom.

_____
Mark McNeill