CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAIRN ENERGY PLC and
CAIRN UK HOLDINGS LIMITED,

_____
Plaintiff(s)

vs.

THE REPUBLIC OF INDIA,

_____
Defendant(s)

Civil Action No.: 21-cv-00396

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Dr. Subrahmanyam Jaishankar
External Affairs Minister
Ministry of External Affairs
South Block, Raisina Hill,
New Delhi, India - 110101

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☑ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

/s/ Dennis Hranitzky
(Signature)

Dennis Hranitzky, Esq.
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

(Name and Address)