CO 939
Rev. 12/2020

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

CAIRN ENERGY PLC
_____
Plaintiff(s)

vs.                                                    Civil Action No.: __21-cv-00396-RJL__

REPUBLIC OF INDIA
_____
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __9th__ day of _____July_____, 20 _21_,
I mailed:

1. ☐  One copy of the summons and complaint       by registered mail, return receipt requested       , to
   the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☒  One copy of the summons, complaint and notice of suit       , together with a translation of each into
   the official language of the foreign state, by DHL                    ▼ , to the head of
   the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐  Two copies of the summons, complaint and notice of suit       , together with a translation of each
   into the official language of the foreign state, by certified mail, return receipt requested       , to the
   U.S. Department of State, CA/OSC/L, SA-17, 10th Floor, Washington, DC 20522-1710, ATTN:
   Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☐  One copy of the summons and complaint       , together with a translation of each into the official
   language of the foreign state, by registered mail, return receipt requested       , to the agency or
   instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

ANGELA D. CAESAR, CLERK

By: _____/s/Jackie Francis_____
Deputy Clerk