**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

CAIRN ENERGY PLC and
CAIRN UK HOLDINGS LIMITED,

                              *Petitioners*,

     v.

REPUBLIC OF INDIA,

                              *Respondent*.

Case No. 1:21-cv-00396-RJL

---

## THE REPUBLIC OF INDIA'S MOTION TO STAY

Respondent Republic of India respectfully submits this Motion to Stay this action pending the resolution of annulment proceedings before the Court of Appeal of The Hague, Netherlands. As set forth in the accompanying Statement of Points and Authorities, a stay is warranted here because the Court of Appeal of The Hague will decide numerous issues that overlap with critical questions at issue in the parallel U.S. litigation to enforce the award, and considerations of judicial efficiency, international comity, and the balance of hardships all weigh in favor of a stay.

Pursuant to Rule 7(a) of the Civil Rules of the United States District Court for the District of Columbia, Respondent submits herewith a Statement of Points and Authorities in Support of its Motion to Stay.  Respondent also submits the following documents, with exhibits, in further support of its Motion to Dismiss:

1. The Declaration of Professor Albert Jan van den Berg, dated August 13, 2021;

2. The Expert Opinion of Justice (Retired) Pradeep Nandrajog, dated August 13, 2021, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure;

3.  The Expert Opinion of Sudipto Sarkar SA, dated August 13, 2021, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure; and

4.  The Declaration of Carolyn B. Lamm, dated August 13, 2021, attaching exhibits supporting the motion.

Pursuant to Rule 7(c) of the Civil Rules of the United States District Court for the District of Columbia, Respondent also submits herewith a Proposed Order.

Pursuant to Rule 7(m) of the Civil Rules of the United States District Court for the District of Columbia, Respondent discussed the relief sought in this motion with counsel for Petitioners. Petitioners oppose the relief requested in this motion.

Dated:   August 13, 2021
          Washington, DC

Respectfully submitted,

**WHITE & CASE**

*/s/  Carolyn B. Lamm                          .*
Carolyn B. Lamm (D.C. Bar No. 221325)
Nicolle Kownacki (D.C. Bar No. 1005627)
David P. Riesenberg (D.C. Bar No. 1033269)
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:     + 1 202 626 3600
Facsimile:      + 1 202 639 9355
clamm@whitecase.com

*Counsel for the Republic of India*