UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAIRN ENERGY PLC and
CAIRN UK HOLDINGS LIMITED,

           *Petitioners*,

   v.

REPUBLIC OF INDIA,

           *Respondent*.

Case No. 1:21-cv-00396-RJL

### [PROPOSED] ORDER

Upon consideration of the Republic of India's Motion to Stay, and any responses and replies thereto, it is on this ____ day of _____, 2021, hereby:

**ORDERED** that the Republic of India's Motion to Stay is **GRANTED**, and further

**ORDERED** that further proceedings in this action are hereby stayed pending the final decision of the Court of Appeal of The Hague resolving the set-aside proceedings for the arbitral award in this case, and further

**ORDERED** that the parties shall provide the Court with reports on the status of the Court of Appeal of The Hague proceedings every six months following this order, and further

**ORDERED** that the parties shall inform the Court of the decision of the Court of Appeal of The Hague within 14 days of the issuance of such decision and agree to a briefing schedule going forward for resolution of the motions and/or petition pending in this case.

**SO ORDERED**

Date: _____, 2021

_____
Honorable Richard J. Leon
United States District Court Judge

Copies to:

| | |
|---|---|
| Mark McNeill | Carolyn B. Lamm |
| Dennis H. Hranitzky | Nicolle Kownacki |
| Debra O'Gorman | David Riesenberg |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | WHITE & CASE LLP |
| 51 Madison Avenue, 22nd Floor | 701 Thirteenth Street, NW |
| New York, NY 10010 | Washington, DC 20005 |
| 212-849-7030 | 202-626-3600 |
| markmcneill@quinnemanuel.com | clamm@whitecase.com |
| dennishranitzky@quinnemanuel.com | nkownacki@whitecase.com |
| debraogorman@quinnemanuel.com | david.riesenberg@whitecase.com |

Florentina Dragulescu Field
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
202-538-8000
florentinafield@quinnemanuel.com