# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CAIRN ENERGY PLC and
CAIRN UK HOLDINGS LIMITED,

               *Petitioners*,

   v.

REPUBLIC OF INDIA,

               *Respondent*.

Case No. 1:21-cv-00396-RJL

## THE REPUBLIC OF INDIA'S MOTION TO DISMISS THE PETITION TO CONFIRM AN ARBITRATION AWARD

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Respondent Republic of India respectfully submits this Motion to Dismiss the Petition to Confirm an Arbitration Award for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act.  28 U.S.C. §§ 1602-11.

Pursuant to Rule 7(a) of the Civil Rules of the United States District Court for the District of Columbia, Respondent submits herewith a Statement of Points and Authorities in Support of its Motion to Dismiss.  Respondent also submits the following documents, with exhibits, in further support of its Motion to Dismiss:

1. The Declaration of Professor Albert Jan van den Berg, dated August 13, 2021;

2. The Expert Opinion of Justice (Retired) Pradeep Nandrajog, dated August 13, 2021, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure;

3. The Expert Opinion of Sudipto Sarkar SA, dated August 13, 2021, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure; and

4. The Declaration of Carolyn B. Lamm, dated August 13, 2021, attaching exhibits supporting the motion.

Pursuant to Rule 7(c) of the Civil Rules of the United States District Court for the District of Columbia, Respondent also submits herewith a Proposed Order.

Dated:   August 13, 2021
        Washington, DC

Respectfully submitted,

**WHITE & CASE**

*/s/  Carolyn B. Lamm*                .
Carolyn B. Lamm (D.C. Bar No. 221325)
Nicolle Kownacki (D.C. Bar No. 1005627)
David P. Riesenberg (D.C. Bar No. 1033269)
701 Thirteenth Street, NW
Washington, DC  20005
Telephone:    + 1 202 626 3600
Facsimile:     + 1 202 639 9355
clamm@whitecase.com

*Counsel for the Republic of India*