UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAIRN ENERGY PLC and<br>CAIRN UK HOLDINGS LIMITED,<br><br>       *Petitioners*,<br><br> v.<br><br>REPUBLIC OF INDIA,<br><br>       *Respondent*. | Case No. 1:21-cv-00396-RJL |

## [PROPOSED] ORDER

Upon consideration of the Republic of India's Motion to Dismiss the Petition to Confirm an Arbitration Award, and any responses and replies thereto, it is on this \_\_\_\_ day of _____, 2021, hereby:

**ORDERED** that the Republic of India's Motion to Dismiss is **GRANTED**, and further

**ORDERED**, that the Petition is **DISMISSED** with prejudice.

**SO ORDERED**

Date: _____, 2021

                _____
                Honorable Richard J. Leon
                United States District Court Judge

Copies to:

| | |
|---|---|
| Mark McNeill<br>Dennis H. Hranitzky<br>Debra O'Gorman<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>212-849-7030<br>markmcneill@quinnemanuel.com<br>dennishranitzky@quinnemanuel.com<br>debraogorman@quinnemanuel.com | Carolyn B. Lamm<br>Nicolle Kownacki<br>David Riesenberg<br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>202-626-3600<br>clamm@whitecase.com<br>nkownacki@whitecase.com<br>david.riesenberg@whitecase.com |

Florentina Dragulescu Field
QUINN EMANUEL URQUHART & SULLIVAN LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005
202-538-8000
florentinafield@quinnemanuel.com