UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CAIRN ENERGY PLC and
CAIRN UK HOLDINGS LIMITED,

          *Petitioners*,

v.

REPUBLIC OF INDIA,

          *Respondent*.

Case No. 1:21-cv-00396-RJL

## **DECLARATION OF CAROLYN B. LAMM**

I, Carolyn B. Lamm, declare as follows:

1. I am a partner in the Washington, D.C., office of White & Case LLP, and counsel for Respondent, the Republic of India, in the above-captioned matter. I am an attorney licensed to practice in the District of Columbia, the State of New York, and the State of Florida.

2. I submit this Declaration in support of the Republic of India's Motion to Stay and Motion to Dismiss in the above-captioned matter.

3. Attached as Exhibit 1 is a true and correct copy of the Instrument of Ratification of the Agreement between the Government of the Republic of India and the Government of the United Kingdom of Great Britain and Northern Ireland for the Promotion and Protection of Investments, dated April 29, 1994.

4. Attached as Exhibit 2 is a true and correct copy of the UK-India Double Taxation Avoidance Agreement, which was signed on January 25, 1993 and became effective in India on January 1, 1994.

5. Attached as Exhibit 3 is a true and correct copy of the Memorandum of

Understanding between the Government of the Republic of India and the Government of the United Kingdom of Great Britain and Northern Ireland regarding the UK-India Double Taxation Avoidance Agreement, dated March 19, 2004.

6. Attached as <u>Exhibit 4</u> is a true and correct copy of Section 293 of the India's Income Tax Act (1961) titled "Bar of suits in civil courts."

7. Attached as <u>Exhibit 5</u> is a true and correct copy of Section 246A of the India's Income Tax Act (1961) titled "Appealable orders before Commissioner (Appeals)."

8. Attached as <u>Exhibit 6</u> is a true and correct copy of relevant excerpts of the Finance Act, 2012, which was enacted by the Parliament of India and entered into force on April 1, 2012.

9. Attached as <u>Exhibit 7</u> is a true and correct copy of the Government of India's Ministry of Health and Family Welfare's publication of COVID-19 Statistics, https://www.mohfw.gov.in (last visited Aug. 10, 2021).

10. Attached as <u>Exhibit 8</u> is a true and correct copy of the Public Debt Management Quarterly Report (June 2021) published by the Government of India's Department of Economic Affairs.

11. Attached as <u>Exhibit 9</u> is a true and correct copy of the Protocol Amending the Double Taxation Agreement between the United Kingdom and the Republic of India, which entered into force on December 27, 2013.

12. Attached as <u>Exhibit 10</u> is a true and correct copy of Section 9(1)(i) of India's Income Tax Act (1961) titled "Income deemed to accrue or arise in India."

13. Attached as <u>Exhibit 11</u> is a true and correct copy of *Salini Costruttori S.p.A. and Italstrade S.p.A. v. Kingdom of Morocco*, ICSID Case No. ARB/00/4, 23 July 2001, 42 I.L.M. 609 (2003).

\*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of August 2021.

*/s/ Carolyn B. Lamm*_____
Carolyn B. Lamm
