# Exhibit 1

to the declaration of Carolyn B. Lamm dated August 13, 2021

572077/2017/IIA Section



PRESIDENT
REPUBLIC OF INDIA

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

WHEREAS the Agreement between the Government of the Republic of India and the Government of the United Kingdom of Great Britain and Ireland for the Promotion and Protection of Investments was signed at London on the fourteenth day of March in the year one thousand nine hundred and ninety four by the Representative of the Government of the Republic of India duly authorised for that purpose, which Agreement is reproduced word for word in the Annexure to this document;

AND WHEREAS it is fit and expedient to confirm and ratify the aforesaid Agreement;

NOW, THEREFORE, BE IT KNOWN that the Government of the Republic of India, having seen and considered the said Agreement, do hereby confirm and ratify the same.

IN TESTIMONY WHEREOF I, Shanker Dayal Sharma, President of India, have signed these Presents and affixed hereunto my seal at New Delhi this the ninth day of Vaisakha of the Saka year one thousand nine hundred and Sixteen corresponding to the Twenty ninth day of April of the year one thousand nine hundred and ninety four A.D., in the forty fifth year the Republic of India.



(SHANKER DAYAL SHARMA)

PRESIDENT OF INDIA