UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CAIRN ENERGY PLC and<br>CAIRN UK HOLDINGS LIMITED,<br><br>Petitioners,<br><br>-against-<br><br>THE REPUBLIC OF INDIA,<br><br>Respondent. | Case No. 1:21-cv-00396 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cairn Energy PLC[1] and Cairn UK Holdings Limited ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss the above-captioned action against Defendant Republic of India ("Defendant") with prejudice and without costs to any party.

Defendant has not answered Plaintiffs' Petition to Confirm Arbitration Award, nor moved for summary judgment. Although Defendant filed a motion to dismiss this action pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure on August 13, 2021 (ECF No. 16), a motion to dismiss does not deprive a plaintiff of his right to voluntarily dismiss pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure so long as no answer or motion for summary judgment has been served. *See Miniter v. Sun Myung Moon*, 736 F. Supp. 2d 41, 44 n.7 (D.D.C. 2010) (plaintiff's voluntary dismissal was proper where no answer or motion for summary

---

[1] Cairn Energy PLC changed its name to Capricorn Energy PLC as of December 10, 2021. Capricorn Energy PLC is the same legal entity, with the same company number, as Cairn Energy PLC.

judgment was served even if defendant had already filed a motion to dismiss). Accordingly, no order from the Court is required for voluntary dismissal.

| | |
|---|---|
| Dated:  December 15, 2021 | Respectfully submitted,<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>*(signature)*<br><br>Dennis H. Hranitzky<br>Mark McNeill<br>Debra O'Gorman<br>dennishranitzky@quinnemanuel.com<br>markmcneill@quinnemanuel.com<br>(*pro hac vice*)<br>debraogorman@quinnemanuel.com<br>(*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849–7000 Main Office Number<br><br>Florentina D. Field<br>florentinafield@quinnemanuel.com<br>1300 I Street NW, Suite 900<br>Washington, District of Columbia 20005<br>(202) 538–8000 Main Office Number<br><br>*Attorneys for Petitioners Cairn Energy PLC (now known as Capricorn Energy PLC) and Cairn UK Holdings Limited* |